**Order entered November 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01545-CV

### IN THE MATTER OF DEMPSTER A. ROSS

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02315-2019**

## ORDER

Before the Court is appellant's November 23, 2020 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 8, 2021. As the brief was first due June 19, 2020, *we caution appellant that failure to file the brief may result in dismissal of the appeal without further notice.* See TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE